IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -9 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01735-BNB

MICHAEL L. ROBUCK,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp - Florence,

    Respondent.

---

## ORDER OF DISMISSAL

---

Applicant Michael L. Robuck is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. On July 17, 2009, Mr. Robuck submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

On July 22, 2009, Magistrate Judge Craig B. Shaffer entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Robuck either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the filing fee. Mr. Robuck was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Robuck now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. The Court has reviewed the

case file, concurs with Magistrate Judge Shaffer's determinations, and finds that the action should be dismissed for failure to cure the noted deficiency. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 9 day of Sept., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01735-BNB

Michael L. Robuck
Reg No. 12696-112
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/09/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk